UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| LARRY WHITE, | : | VIOLATIONS: |
| MARK ANTHONY FLETCHER, III, | : | 18 U.S.C. § 922(g)(1) |
| MALIK KEYON BYNUM, | : | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | |
| Defendants. | : | 22 D.C. Code § 1805a |
| | : | (Conspiracy to Commit Armed Robbery) |
| | : | 22 D.C. Code §§ 2801, 4502 |
| | : | (Robbery While Armed) |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime of Violence or Dangerous Offense) |
| | : | 22 D.C. Code §§ 2101, 4502 |
| | : | (First Degree Murder While Armed – Felony Murder) |
| | : | 23 D.C. Code § 1328(a)(1) |
| | : | (Offenses Committed on Release) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 2, 2021, within the District of Columbia, **LARRY WHITE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia Superior Court, Case Number 2020-CF2-1903, did unlawfully

and knowingly possess a firearm, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about July 2, 2021, within the District of Columbia, **MARK ANTHONY FLETCHER, III**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Case Number 19-CR-397, and in the District of Columbia Superior Court, Case Number 2018-CF2-15445, did unlawfully and knowingly possess a firearm, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about July 2, 2021, within the District of Columbia, **MALIK KEYON BYNUM**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia Superior Court, Case Number 2019-CF2-2510, did unlawfully and knowingly possess a firearm, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about July 2, 2021, within the District of Columbia, **LARRY WHITE, MARK ANTHONY FLETCHER, III**, and **MALIK KEYON BYNUM**, and other persons whose identities are both known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together to rob Rosendo Miller.

### Objects of the Conspiracy

The primary objects of this conspiracy were to take a watch, "grill", cross body bag, U.S. currency, and other items of value by force and violence from the immediate actual possession and against the will of Rosendo Miller.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy and in order to effect the objects thereto, **LARRY WHITE, MARK ANTHONY FLETCHER, III, MALIK KEYON BYNUM**, and other persons whose identities are both known and unknown to the grand jury alone and/or in various combinations, directly or indirectly, committed overt acts including, but not limited to, the following:

1. On or about July 2, 2021, **LARRY WHITE, MARK ANTHONY FLETCHER, III, MALIK KEYON BYNUM**, and other persons whose identities are both known and unknown to the grand jury, communicated with one another outside the 2/4 Quick Trip store.

2. On or about July 2, 2021, **LARRY WHITE, MARK ANTHONY FLETCHER, III, MALIK KEYON BYNUM**, and other persons whose identities are both known and unknown to the grand jury, armed themselves with firearms.

3. On or about July 2, 2021, **LARRY WHITE, MARK ANTHONY FLETCHER, III**, and **MALIK KEYON BYNUM** covered their faces with ski masks.

4. On or about July 2, 2021, **LARRY WHITE, MARK ANTHONY FLETCHER, III, MALIK KEYON BYNUM**, and other persons whose identities are both known and unknown to the grand jury, waited outside of the 2/4 Quick Trip store for Rosendo Miller to leave the store.

5. On or about July 2, 2021, when Rosendo Miller exited the store, **LARRY WHITE** and **MARK ANTHONY FLETCHER, III** pointed firearms at Rosendo Miller, grabbed Rosendo Miller's dreadlocks, and wrestled Rosendo Miller to the ground.

6. On or about July 2, 2021, while **LARRY WHITE** and **MARK ANTHONY FLETCHER, III** wrestled Rosendo Miller to the ground, **MALIK KEYON BYNUM** pointed a firearm at and attempted to chase Rosendo Miller's associate.

7. On or about July 2, 2021, **LARRY WHITE, MARK ANTHONY FLETCHER, III,** and **MALIK KEYON BYNUM** pinned Rosendo Miller to the ground while pointing firearms at Rosendo Miller.

8. On or about July 2, 2021, while **LARRY WHITE, MARK ANTHONY FLETCHER, III,** and **MALIK KEYON BYNUM** held Rosendo Miller to the ground while pointing firearms at Rosendo Miller, other persons whose identities are unknown to the grand jury, took Rosendo Miller's shoes from his feet.

9. On or about July 2, 2021, **MALIK KEYON BYNUM** took Rosendo Miller's cross body bag from Rosendo Miller.

10. On or about July 2, 2021, **LARRY WHITE, MARK ANTHONY FLETCHER, III, MALIK KEYON BYNUM**, and other persons whose identities are both known and unknown to the grand jury, continued to hold Rosendo Miller down on the ground and take other items of value from Rosendo Miller.

11. On or about July 2, 2021, as **LARRY WHITE** and **MARK ANTHONY FLETCHER, III**, continued to hold Rosendo Miller down on the ground, **MALIK KEYON BYNUM** shot a firearm multiple times as he moved towards the intersection of Brentwood Road NE and 14th Street NE.

12. On or about July 2, 2021, while **MARK ANTHONY FLETCHER, III** kept his firearm pointed at Rosendo Miller, **LARRY WHITE** shot a firearm multiple times at Rosendo Miller.

13. On or about July 2, 2021, **LARRY WHITE, MARK ANTHONY FLETCHER, III,** and **MALIK KEYON BYNUM** fled the area with Rosendo Miller's property.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MARK ANTHONY FLETCHER, III** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Numbers 2020-CMD 009193 and 2019-CMD-014873.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MALIK KEYON BYNUM** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Number 2019-CMD-016208.

(**Conspiracy, Offenses Committed During Release**, in violation of Title 22, District of Columbia Code, Section 1805a, and Title 23 District of Columbia Code, Section 1328(a)(1) (2001 ed.))

## COUNT FIVE

On or about July 2, 2021, within the District of Columbia, **LARRY WHITE, MARK ANTHONY FLETCHER, III,** and **MALIK KEYON BYNUM**, while armed with and having readily available a firearm or imitation thereof, by force and violence, against resistance and by means of sudden and stealthy seizure and snatching, and by putting in fear, stole and took from

the person and from the immediate actual possession of Rosendo Miller property of value belonging to Rosendo Miller, consisting of a watch, grill from his mouth, cross body bag, U.S. currency, and his shoes.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MARK ANTHONY FLETCHER, III** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Numbers 2020-CMD-009193 and 2019-CMD-014873.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MALIK KEYON BYNUM** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Number 2019-CMD-016208.

> **(Robbery While Armed, Offenses Committed During Release**, in violation of Title 22, District of Columbia Code, Sections 2801, 4502, and Title 23, District of Columbia Code, Section 1328(a)(1) (2001 ed.))

## COUNT SIX

On or about July 2, 2021, within the District of Columbia, **LARRY WHITE, MARK ANTHONY FLETCHER, III,** and **MALIK KEYON BYNUM** possessed a firearm or imitation thereof, while committing the crime of Robbery While Armed as set forth in Count Five of this Indictment, which is hereby incorporated by reference.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MARK ANTHONY FLETCHER, III** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Numbers 2020-CMD-009193 and 2019-CMD-014873.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MALIK KEYON BYNUM** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Number 2019-CMD-016208.

**(Possession of a Firearm During a Crime of Violence or Dangerous Offense, Offenses Committed During Release**, in violation of Title 22, District of Columbia Code, Section 4504(b), and Title 23, District of Columbia Code, Section 1328(a)(1) (2001 ed.))

### COUNT SEVEN

**LARRY WHITE**, **MARK ANTHONY FLETCHER, III**, and **MALIK KEYON BYNUM** within the District of Columbia, while armed with a firearm, in perpetrating and attempting to perpetrate the crime of Robbery While Armed, as set forth in the Fifth Count of this indictment, which is hereby incorporated by reference, killed Rosendo Miller by shooting him with a firearm on or about July 2, 2021, thereby causing injuries from which Rosendo Miller died on or about July 2, 2021.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MARK ANTHONY FLETCHER, III** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Numbers 2020-CMD-009193 and 2019-CMD-014873.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MALIK KEYON BYNUM** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Number 2019-CMD-016208.

**(First Degree Murder While Armed – Felony Murder, Offenses Committed During Release**, in violation of Title 22, District of Columbia Code, Sections 2101, 4502, and Title 23 District of Columbia Code, Section 1328(a)(1) (2001 ed.))

## COUNT EIGHT

On or about July 2, 2021, within the District of Columbia, **LARRY WHITE**, **MARK ANTHONY FLETCHER, III**, and **MALIK KEYON BYNUM** possessed a firearm or imitation thereof, while committing the crime of First Degree Murder While Armed as set forth in Count Seven of this Indictment, which is hereby incorporated by reference.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MARK ANTHONY FLETCHER, III** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Numbers 2020-CMD-009193 and 2019-CMD-014873.

The Grand Jury Further Charges that at the time the crime set forth in this Count was committed, **MALIK KEYON BYNUM** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in Superior Court Case Number 2019-CMD-016208.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense, Offenses Committed During Release**, in violation of Title 22, District of Columbia Code, Section 4504(b), Title 23, District of Columbia Code, Section 1328(a)(1) (2001 ed.))

A TRUE BILL:

FOREPERSON.

*Jeanine Ferris Pirro/KEN*
Attorney of the United States in
and for the District of Columbia