# EXHIBIT 2

## *October 2025 Email Correspondence*

| **From:** | Nelson, James (USADC) |
| **To:** | Alexis Gardner; Marc Eisenstein; Sellano Simmons |
| **Cc:** | Galloway, Lauren (USADC) |
| **Subject:** | RE: Larry White |
| **Date:** | Friday, October 31, 2025 9:59:06 AM |
| **Attachments:** | image001.png |

I would concur with a 30-day continuance (or even 60 days to get us clear of the holidays), with a speedy trial waiver, but I do not think we can agree to (and do not think Judge McFadden would grant) a motion to vacate the date entirely. We have represented to the Court that, absent an agreement to these plea terms, we will be seeking to supersede with the corresponding federal charges (i.e. 18:1951 and 18:924(j)), and I'm not comfortable with an open-ended continuance given that backdrop.



**James B. Nelson**
**Assistant United States Attorney**
**Violent Crime and Narcotics Trafficking Section**
**United States Attorney's Office for the District of Columbia**
601 D Street NW, Room 5-236 Washington, D.C. 20004
(202) 252-6986 (o)   (202) 957-3632 (c)
james.nelson@usdoj.gov

---

**From:** Alexis Gardner <Alexis_Gardner@fd.org>
**Sent:** Friday, October 31, 2025 9:08 AM
**To:** Marc Eisenstein <marc@coburngreenbaum.com>; Sellano Simmons <slsimmons@slsimmonslaw.com>
**Cc:** Galloway, Lauren (USADC) <Lauren.Galloway@usdoj.gov>; Nelson, James (USADC) <James.Nelson@usdoj.gov>; Macechko, Melissa (USADC) <Melissa.Macechko@usdoj.gov>
**Subject:** [EXTERNAL] Re: Larry White

That's fine.

Get Outlook for iOS

---

**From:** Marc Eisenstein <marc@coburngreenbaum.com>
**Sent:** Friday, October 31, 2025 7:13:24 AM
**To:** Sellano Simmons <slsimmons@slsimmonslaw.com>
**Cc:** Lauren Galloway <Lauren.Galloway@usdoj.gov>; james.nelson@usdoj.gov <james.nelson@usdoj.gov>; Alexis Gardner <Alexis_Gardner@fd.org>; Melissa.Macechko@usdoj.gov <Melissa.Macechko@usdoj.gov>
**Subject:** Re: Larry White

EXTERNAL SENDER

None for Bynum so long as the plea offer remains open.

Sent from my iPhone

On Oct 31, 2025, at 6:49 AM, Sellano Simmons <slsimmons@slsimmonslaw.com> wrote:

Good morning,

Any objection to vacating the Nov. 14th hearing so I have time to establish a relationship with my client?

S.

Sellano L. Simmons

Attorney

THE LAW FIRM OF SELLANO L. SIMMONS, PLLC

503 D Street NW |  Suite 300 | Washington, DC 20001

P: 240.485.6106   C: 240.485.6106

WWW.SLSIMMONSLAW.COM  ::  MINNESOTA ::  WASHINGTON, DC

CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.

Thank you.